AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

- 07 - 194 -

| United States District Court | District Delaware |
|---|---|

| Name Alonzo W. Morris Jr. | Prisoner No. 263971 | Case No. 9911000751 |
|---|---|---|

Place of Confinement: Delaware Correctional Center

Name of Petitioner (include name under which convicted): Alonzo W. Morris. Jr.

Name of Respondent (authorized person having custody of petitioner): v. Thomas Carroll

The Attorney General of the State of: James Adkins

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Sussex County Superior Court

2. Date of judgment of conviction: 11/19/02

3. Length of sentence: 33 years 9 months

4. Nature of offense involved (all counts): Assault 1st and Possession of Deadly Weapon During Commission of Felony

5. What was your plea? (Check one)
   (a) Not guilty  ☑
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☑
   (b) Judge only  ☐

7. Did you testify at the trial? Yes ☐ No ☑

8. Did you appeal from the judgment of conviction? Yes ☑ No ☐

FILED
APR - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:
   (a) Name of court **Delaware Supreme Court**
   (b) Result **Affirmed lower court's decesion.**
   (c) Date of result and citation, if known **March 3rd, 2004  No. 21, 2003**
   (d) Grounds raised **Double Jeopardy, 4th Amendment violation, State's use of perjured testimony and failure of trial court to dismiss indictment.**
   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:
      (1) Name of court **N/A**
      (2) Result **N/A**
      (3) Date of result and citation, if known **N/A**
      (4) Grounds raised **N/A**

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:
      (1) Name of court **N/A**
      (2) Result **N/A**
      (3) Date of result and citation, if known **N/A**
      (4) Grounds raised **N/A**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court **Sussex County Superior Court**
        (2) Nature of proceeding **Post Conviction Relief Rule 61**
        (3) Grounds raised **Ineffective assistance of counsel, failure to properly litigate defendant 4th Amendment claim, 2nd failure to adequately**

(2)

AO 241 (Rev. 5/85)

investigate and present evidence to support argument that false evidence was used to obtain indictment, 3rd failed to litigate Double Jeopardy Claim, 4th Failed to argue impermissible suggestive in-court identification, 5th, Conflict of Interest

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result ___Denied___

(6) Date of result ___April 27th, 2005___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___N/A___

(2) Nature of proceeding ___N/A___

(3) Grounds raised ___N/A___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result ___N/A___

(6) Date of result ___N/A___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☑  No ☐
(2) Second petition, etc.   Yes ☐  No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___N/A___

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Defense Counsel's failure to properly litigate defendant's 4th Amendment claim denied defendant a fair trial.

Supporting FACTS (state *briefly* without citing cases or law) Police officer intentionally falsified information in the warrant affadavit to obtain judicial approval of warrantless arrest.

See - attached Memorandum

B. Ground two: Defense Counsel failure to investigate and introduce evidence or information that false evidence used to obtain indictment.

Supporting FACTS (state *briefly* without citing cases or law): Defense Counsel did not present any evidence or information that would support defendant's argument that the state used false evidence to obtain Grand Jury Indictment. Counsel admitted in open court that he failed to establish any meaningful argument to the court. See attached memorandum

AO 241 (Rev. 5/85)

C. Ground three: Defense Counsel failed to object to the State's use of expert testimony, without any Discovery material given by State.
Supporting FACTS (state *briefly* without citing cases or law): Police officer testified as expert in forensic science and finger print analysis without any pre-trial discovery relating to his expert opinion, qualifications or examination tests on the matter.
See attached Memorandum

D. Ground four: Defense Counsel actively represented defendant having an actual conflict of interest.
Supporting FACTS (state *briefly* without citing cases or law): On September 23rd, 2002 Defense Counsel petitioned the trial Judge in written correspondance for hearing on Conflict of Interest. also. (Ground #5) Defense Counsel failed to object to state's use of false Expert testimony. State use false expert testimony by Dr. Carl Maschauer to obtain conviction.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: None Applicable

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing  Thomas Bradley

(b) At arraignment and plea  Ruth Smythe

(6)

AO 241 (Rev. 5/85)

   (c) At trial __1st trial Ruth Smythe__
                __2nd trial James Liguori__

   (d) At sentencing __1st trial Ruth Smythe__
                __2nd trial James Liguori__

   (e) On appeal __1st Direct Appeal Clayton Sweeney__
                __2nd Direct Appeal Pro-se__

   (f) In any post-conviction proceeding __Pro-se__

   (g) On appeal from any adverse ruling in a post-conviction proceeding __Pro-se__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☑  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☑  No ☐
   (a) If so, give name and location of court which imposed sentence to be served in the future: __Superior Court, Sussex County__
   (b) Give date and length of the above sentence: __12/12/02    6 years 9 months__
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)
( Pro-se )

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__3/25/07__
   (date)

_____
Signature of Petitioner

(7)

UM Henrio Minan
SBI# 263971
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Legal Mail

Clerk's office
United States District Court
844 N. King Street
Lock Box 18, Wilmington D.E.
19801

Legal Mail