May 3, 2007

Honorable Gregory M. Sleet
District Court Judge
844 N. King Street, LockBox 18
Wilmington, DE  19801-3570

Re:  Replacement of Document with clean and corrected copy
<u>Morris v. Carroll et al 1:07-CV-194</u>

Dear Honorable Judge Sleet,

    I have enclosed a clean and corrected copy of the Petition for Habeas Corpus and its Memorandum and ask this Court to accept this as evidence before the Court.

Respectfully submitted

*Alonzo Morris, Jr.*
Alonzo Morris

Cc:  Office of the Clerk



07cv194GMS
FILED
MAY 0 7 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Alonzo Morris
SBI # 263971
D.C.C.
1181 Paddock Rd.
Smyrna, DE 19977


U.S.M.
X-RAY

TO: OFFICE of the Clerk
United States District Court
844 N. King Street
Lock Box 18
Wilmington, DE 19801-3570

PHILADELPHIA PA 191
04 MAY 2007 PM 5 T

