D.I. # _____

# CIVIL ACTION
# NUMBER: 07-194 (GMS)

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.70 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 8.15 |
| Restricted Delivery Fee (Endorsement Required) | 0 |
| Total Postage & Fees | 0.00 |

Postmark Here — MAY 29 2007 — RODNEY SQ. STA WILMINGTON DE 19801 USPS

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

07-194 GMS

7003 1680 0002 2585 9165

PS Form 3800, June 2002          See Reverse for Instructions