**D.I. #** _____

# CIVIL ACTION
# NUMBER: 07-194 CGms

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

                OFFICIAL USE

Postage                      $  5.70
Certified Fee                   2.45
Return Receipt Fee              2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees         $ 10.50

Sent To    WARDEN TOM CARROLL
           DELAWARE CORRECTIONAL CENTER
Street, Apt. No.; 1181 PADDOCK RD.
or PO Box No.
City, State, ZIP+4  SMYRNA, DE 19977

PS Form 3800, June 2002        See Reverse for Instructions
```

7003 1680 0002 2585 9158

07-194 Gms