United States District Court

For the District of Delaware



Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 07cv194 GMS

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ~MS~   □ Agent  □ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M. LAMON   5/30/07 |
| 1. Article Addressed to:<br><br>WARDEN TOM CARROLL<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK RD.<br>SMYRNA, DE 19977<br><br>07-194 GMS | D. Is delivery address different from item 1?  □ Yes<br>   If YES, enter delivery address below:    □ No<br><br>3. Service Type<br>□ Certified Mail    □ Express Mail<br>□ Registered       □ Return Receipt for Merchandise<br>□ Insured Mail     □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0002 2585 9158 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540