IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALONZO W. MORRIS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-194-GMS |
| | ) | |
| THOMAS CARROLL, Warden, | ) | |
| and JOSEPH R. BIDEN III, | ) | |
| Attorney General of the State | ) | |
| of Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

At Wilmington this 11th day of June, 2007;

IT IS ORDERED that:

Petitioner Alonzo W. Morris, Jr.'s motion to proceed *in forma pauperis* is GRANTED. (D.I. 1)

_____
UNITED STATES DISTRICT JUDGE

FILED

JUN 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE