IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALONZO W. MORRIS, JR.,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**ELIZABETH BURRIS,** Acting Warden )<br>and **JOSEPH R. BIDEN, III**, Attorney )<br>General for the State of Delaware )<br>)<br>Respondents. ) | Civ.Act.No. 07-194-GMS |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#9911000751

b. Appellant's Opening Brief and Appendix (258, 2000)

c. State's Answering Brief (258, 2000)

d. March 28, 2000 Opinion (258, 2000)

e. Petition for a Writ of Prohibition filed September 11, 2002

f. Answer and motion to dismiss filed October 1, 2002

g. Letter from clerk to counsel dated October 17, 2002

h. State's supplemental memorandum filed October 28, 2002

i. Appellant's Opening Grief and Appendix (215, 2005)

j. Appellant's Opening Brief  (21, 2003)

k. State's Answering Brief and appendix (21, 2003)

l. March 3, 2004 Order (21, 2003)

2

m. State's Answering Brief (215, 2005)

n. April 13, 2006 Order (215, 2005)

o. November 4, 2002 Order

/s/ James T. Wakley  
Deputy Attorney General  
Department of Justice  
820 N. French Street  
Wilmington, DE 19801  
(302) 577-8500  

DATE: December 4, 2007                            Del. Bar. ID No. 4612

2

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on December 5, 2007, I will mail, by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Alonzo W. Morris, Jr.
SBI No. 263971
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: December 4, 2007